CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics )
in Washington )
)
)
                Plaintiff )
vs )   Civil Action No._____
)
U.S. Department of Education )
)
)
               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Citizens for Responsibility and Ethics in Washington  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Citizens for Responsibility and Ethics in Washington  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

298190
BAR IDENTIFICATION NO.

ANNE L. WEISMANN
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C.          20005
City           State          Zip Code

202-408-5565
Phone Number