AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington )
        Plaintiff(s) )
        )
        vs. )
U.S. Department of Education )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER   07-CV-02055-JDB

To the Clerk of this court and all parties of record:

Please enter the appearance of   Scott A. Hodes   as counsel in this
        (Attorney's Name)

case for:   Citizens for Responsibility and Ethics in Washington
        (Name of party or parties)

12/19/07
Date

*(signature)*
Signature

Scott A. Hodes
Print Name

D.C. Bar # 430375
BAR IDENTIFICATION

P.O. Box 42002
Address

Washington, D.C.   20015
City   State   Zip Code

301-404-0502
Phone Number