UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2055 (JDB) |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant the United States Department of Education, by undersigned counsel, hereby respond to the Court's December 18, 2007, Order directing them to confer and submit a proposed briefing schedule for the filing of dispositive motions. The parties jointly propose the following briefing schedule:

February 29, 2008    Defendant's dispositive motion due

April 4, 2008    Plaintiff's opposition due

April 25, 2008    Defendant's reply due

Accordingly, the parties respectfully request that the Court enter a scheduling order that incorporates the proposed deadlines set forth above.

Date:  January 18, 2008

Respectfully submitted,

| | |
|---|---|
| ANNE L. WEISMANN | JEFFREY S. BUCHOLTZ |
| D.C. Bar. No. 298190 | Acting Assistant Attorney General |
| | |
| MELANIE SLOAN | JEFFREY A. TAYLOR |
| D.C. Bar No. 434584 | United States Attorney |
| Citizens for Responsibility | |
|     and Ethics in Washington | ELIZABETH J. SHAPIRO |
| 1400 Eye St. NW, Suite 450 | Assistant Director, Federal Programs Branch |
| Washington, DC 20005 | |
| Telephone: (202) 408-5565 | /s/ *Eric Beckenhauer* |
| Facsimile: (202) 588-5020 | ERIC B. BECKENHAUER |
| | Cal. Bar No. 237526 |
| /s/ *Scott Allan Hodes* | Trial Attorney |
| SCOTT ALLAN HODES | U.S. Department of Justice |
| D.C. Bar No. 430375 | Civil Division, Federal Programs Branch |
| P.O. Box 42002 | 20 Massachusetts Ave. NW |
| Washington, DC 20015 | Washington, DC 20530 |
| Telephone: (301) 404-0502 | Telephone: (202) 514-3338 |
| Facsimile: (413) 641-2833 | Facsimile: (202) 616-8470 |
| E-mail: infoprivacylaw@yahoo.com | E-mail: eric.beckenhauer@usdoj.gov |
| | |
| *Counsel for Citizens for Responsibility and Ethics in Washington* | *Counsel for the U.S. Department of Education* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2008, I caused the foregoing document to be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

    /s/ *Eric Beckenhauer*
    ERIC B. BECKENHAUER