UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No.  07-2055 (JDB) |

## SCHEDULING ORDER

Upon consideration of [6] the parties' joint proposed briefing schedule, and the entire record herein, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1.  Defendant's dispositive motion is due by not later than March 3, 2008.

2.  Plaintiff's opposition thereto is due by not later than April 7, 2008.

3.  Defendant's reply thereto is due by not later than April 28, 2008.

**SO ORDERED**.

                                              /s/
                                        JOHN D. BATES
                                   United States District Judge

Dated:   January 22, 2008