### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>　　　　**Plaintiff,**<br><br>　　**v.**<br><br>**U.S. DEPARTMENT OF EDUCATION,**<br><br>　　　　**Defendant.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**　　**Civil Action No. 07-2055 (JDB)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** |

### JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant the United States Department of Education, by undersigned counsel, jointly move the Court to stay proceedings in this case for 30 days, through and including April 2, 2008, while they attempt to resolve the issues without the Court's intervention.  In support of this motion, the parties state as follows:

1. In this action, Plaintiff alleges that Defendant violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, when it determined that the FOIA request submitted by Plaintiff on May 11, 2007, and assigned Request No. 07-00655-F, did not reasonably describe the records sought.  Plaintiff also alleges that Defendant violated the FOIA by denying Plaintiff's request for a fee waiver in connection with Request No. 07-00655-F.  Finally, Plaintiff alleges that Defendant has violated the FOIA by engaging in a pattern and practice of failing to properly respond to Plaintiff's FOIA requests and requests for fee waivers.

2. Pursuant to the Scheduling Order entered by the Court on January 22, 2008, Defendant's dispositive motion is currently due no later than March 3, 2008.

3. The parties are currently negotiating the scope of Plaintiff's FOIA request, and Defendant has agreed to propose a narrower search to Plaintiff by March 3, 2008. These negotiations, if fruitful, may eliminate the need for judicial resolution of the issues in this case. Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case for 30 days, through and including April 2, 2008, to allow these negotiations to continue.

4. The parties further propose filing, no later than April 2, 2008, a Joint Status Report advising the Court on the status of their negotiations, including the expected date of production of nonexempt records, if any, and, if issues remain for the Court's resolution, a proposed revised briefing schedule.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for 30 days, through and including April 2, 2008. A proposed order is attached.

Date: February 27, 2008

Respectfully submitted,

| | |
|---|---|
| ANNE L. WEISMANN<br>D.C. Bar. No. 298190 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| MELANIE SLOAN<br>D.C. Bar No. 434584<br>Citizens for Responsibility<br>    and Ethics in Washington<br>1400 Eye St. NW, Suite 450<br>Washington, DC 20005<br>Telephone: (202) 408-5565<br>Facsimile: (202) 588-5020 | JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch<br><br>/s/ *Eric Beckenhauer* |
| /s/ *Scott Allan Hodes*<br>SCOTT ALLAN HODES<br>D.C. Bar No. 430375<br>P.O. Box 42002<br>Washington, DC 20015<br>Telephone: (301) 404-0502<br>Facsimile: (413) 641-2833<br>E-mail: infoprivacylaw@yahoo.com | ERIC B. BECKENHAUER<br>Cal. Bar No. 237526<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC 20530<br>Telephone: (202) 514-3338<br>Facsimile: (202) 616-8470<br>E-mail: eric.beckenhauer@usdoj.gov |
| *Counsel for Citizens for Responsibility*<br>*and Ethics in Washington* | *Counsel for the U.S. Department of*<br>*Education* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February 2008, I caused the foregoing document to

be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.


                                              /s/ *Eric Beckenhauer*
                                              ERIC B. BECKENHAUER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **CITIZENS FOR RESPONSIBILITY** | ) | |
| **AND ETHICS IN WASHINGTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-2055 (JDB)** |
| | ) | |
| **U.S. DEPARTMENT OF EDUCATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Motion to Stay Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including April 2, 2008;

and it is

**FURTHER ORDERED** that, no later than April 2, 2008, the parties shall file a Joint Status

Report advising the Court on the status of their negotiations.

**SO ORDERED**.


Dated: _____          _____
                                                                    JOHN D. BATES
                                                                    United States District Judge