IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )  )  )  ) | | |
| Plaintiff,  ) | | |
|  ) | | |
| v.  ) | Civil Action No. 07-2055 (JDB) | |
|  ) | | |
| U.S. DEPARTMENT OF EDUCATION,  ) | | |
|  ) | | |
| Defendant.  ) | | |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant the United States Department of Education, by undersigned counsel, hereby respond to the Court's order of February 27, 2008, directing to them to file, no later than April 2, 2008, a joint status report regarding the status of their negotiations, and state as follows:

1. In this action, Plaintiff alleges that Defendant violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, when it determined that the FOIA request submitted by Plaintiff on May 11, 2007, and assigned Request No. 07-00655-F, did not reasonably describe the records sought. Plaintiff also alleges that Defendant violated the FOIA by denying Plaintiff's request for a fee waiver in connection with Request No. 07-00655-F. Finally, Plaintiff alleges that Defendant has violated the FOIA by engaging in a pattern and practice of failing to properly respond to Plaintiff's FOIA requests and requests for fee waivers.

2. Pursuant to the Court's order of February 27, 2008, proceedings in this action are currently stayed until April 2, 2008, to allow the parties to negotiate the scope of Plaintiff's FOIA request.

3. Pursuant to those negotiations, the parties have agreed that, for the sole purpose of resolving this action, Defendant will search the records of relevant personnel in the Office of the Secretary ("OS"), the Office of the Deputy Secretary ("ODS"), the Early Reading First and Early Childhood Educator Professional Development programs within the Office of Elementary and Secondary Education ("OESE"), and the Fund for Improvement in Education within the Office of Innovation and Improvement ("OII") — which are the departmental offices with staff members responsible for implementation of the No Child Left Behind Act generally and/or the above-specified programs — for records from January 20, 2001, to the present that contain the e-mail suffix "eop.gov" and the following terms:

    a. "Susan Landry" or "Susan Landry Moore" or

    b. "Children's Learning Institute" or "CLI" or

    c. "Center for Improving the Readiness of Children for Learning and Education" or "CIRCLE" or

    d. "Texas State Center for Childhood Development" or "SCECD" or

    e. "Texas Early Education Model" or "TEEM" or

    f. "mCLASS"

4. The parties have agreed that the search described in paragraph 3 represents the full scope of Plaintiff's request.

5. The parties have further agreed that, for the sole purpose of resolving this action, Defendant will grant Plaintiff a public interest fee waiver for the search described in paragraph 3.

6. To permit Defendant to conduct the above-described search, the parties request that the Court stay proceedings in this matter for an additional 60 days, through and including June 2, 2008,

by which date Defendant expects to produce nonexempt records, if any are located. In the interim, Defendant will produce nonexempt records, if any, on a rolling basis if the processing of those records is complete.

      7. Thereafter, the parties will confer to determine whether there remain issues for the Court's resolution. Accordingly, the parties propose filing, no later than June 2, 2008, a further Joint Status Report advising the Court on the status of the above-described search, and, if it is complete, indicating whether Plaintiff will voluntarily dismiss this action or proposing a revised briefing schedule if unresolved issues remain.

      For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for an additional 60 days, through and including June 2, 2008, and direct the parties to file a further Joint Status Report no later than June 2, 2008. A proposed order is attached.

Date: April 2, 2008

Respectfully submitted,

| | |
|---|---|
| ANNE L. WEISMANN | JEFFREY S. BUCHOLTZ |
| D.C. Bar. No. 298190 | Acting Assistant Attorney General |
| | |
| MELANIE SLOAN | JEFFREY A. TAYLOR |
| D.C. Bar No. 434584 | United States Attorney |
| Citizens for Responsibility | |
|    and Ethics in Washington | ELIZABETH J. SHAPIRO |
| 1400 Eye St. NW, Suite 450 | Assistant Director, Federal Programs Branch |
| Washington, DC 20005 | |
| Telephone: (202) 408-5565 | /s/ *Eric Beckenhauer* |
| Facsimile: (202) 588-5020 | ERIC B. BECKENHAUER |
| | Cal. Bar No. 237526 |
| /s/ *Scott Allan Hodes* | Trial Attorney |
| SCOTT ALLAN HODES | U.S. Department of Justice |
| D.C. Bar No. 430375 | Civil Division, Federal Programs Branch |
| P.O. Box 42002 | 20 Massachusetts Ave. NW |
| Washington, DC 20015 | Washington, DC 20530 |
| Telephone: (301) 404-0502 | Telephone: (202) 514-3338 |
| Facsimile: (413) 641-2833 | Facsimile: (202) 616-8470 |
| E-mail: infoprivacylaw@yahoo.com | E-mail: eric.beckenhauer@usdoj.gov |
| | |
| *Counsel for Citizens for Responsibility* | *Counsel for the U.S. Department of* |
| *and Ethics in Washington* | *Education* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2008, I caused the foregoing document to be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

                                        /s/ *Eric Beckenhauer*
                                        ERIC B. BECKENHAUER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2055 (JDB) |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Status Report, it is hereby

**ORDERED** that this action is **STAYED** through and including June 2, 2008; and it is

**FURTHER ORDERED** that, no later than June 2, 2008, the parties shall file a Joint Status Report advising the Court on the status of the agreed-upon search and whether issues remain for the Court's resolution.

**SO ORDERED**.

Dated: _____                    _____
                                                  JOHN D. BATES
                                                  United States District Judge