IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Civil Action No. 07-2055 (JDB) |
| **U.S. DEPARTMENT OF EDUCATION,** ) ) | |
| **Defendant.** ) ) | |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant the United States Department of Education, by undersigned counsel, hereby respond to the Court's order of April 2, 2008, directing to them to file, no later than June 2, 2008, a joint status report regarding the status of this matter, and state as follows:

1. In this action, Plaintiff alleges that Defendant violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, when it determined that the FOIA request submitted by Plaintiff on May 11, 2007, and assigned Request No. 07-00655-F, did not reasonably describe the records sought. Plaintiff also alleges that Defendant violated the FOIA by denying Plaintiff's request for a fee waiver in connection with Request No. 07-00655-F. Finally, Plaintiff alleges that Defendant has violated the FOIA by engaging in a pattern and practice of failing to properly respond to Plaintiff's FOIA requests and requests for fee waivers.

2. The Court previously stayed proceedings in this action to permit the parties to negotiate the scope of Plaintiff's FOIA request. See Order of Feb. 27, 2008. Pursuant to those negotiations,

the parties agreed that Defendant would conduct a search as outlined in paragraphs 3, 4, and 5 of the parties' April 2, 2008, Joint Status Report.  See Dkt. #9.  Proceedings in this matter are currently stayed to permit Defendant to conduct that search.  See Order of April 2, 2008.

3.  Defendant has completed that search and an initial review of the responsive records.  However, additional time is needed for Defendant to complete its review of the responsive records.  Defendant expects to complete that process and to produce any nonexempt records by June 16, 2008.

4.  Additional time will also be needed for Plaintiff to review any records produced and for the parties to confer to determine whether issues remain for the Court's resolution.  Accordingly, the parties propose filing, no later than July 14, 2008, a further Joint Status Report advising the Court on the status of this matter, and indicating whether Plaintiff will voluntarily dismiss this action or proposing a revised briefing schedule if unresolved issues remain.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for an additional six weeks, through and including July 14, 2008, and direct the parties to file a further Joint Status Report no later than July 14, 2008.  A proposed order is attached.

Date: June 2, 2008

Respectfully submitted,

| | |
|---|---|
| ANNE L. WEISMANN<br>D.C. Bar. No. 298190 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| MELANIE SLOAN<br>D.C. Bar No. 434584<br>Citizens for Responsibility<br>   and Ethics in Washington<br>1400 Eye St. NW, Suite 450<br>Washington, DC 20005<br>Telephone: (202) 408-5565<br>Facsimile: (202) 588-5020 | JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch |
| /s/ *Scott Allan Hodes*<br>SCOTT ALLAN HODES<br>D.C. Bar No. 430375<br>P.O. Box 42002<br>Washington, DC 20015<br>Telephone: (301) 404-0502<br>Facsimile: (413) 641-2833<br>E-mail: infoprivacylaw@yahoo.com | /s/ *Eric Beckenhauer*<br>ERIC B. BECKENHAUER<br>Cal. Bar No. 237526<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC 20530<br>Telephone: (202) 514-3338<br>Facsimile: (202) 616-8470<br>E-mail: eric.beckenhauer@usdoj.gov |
| *Counsel for Citizens for Responsibility*<br>*and Ethics in Washington* | *Counsel for the U.S. Department of*<br>*Education* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2008, I caused the foregoing document to be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

      /s/ *Eric Beckenhauer*
      ERIC B. BECKENHAUER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2055 (JDB)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Status Report, it is hereby

**ORDERED** that this action is **STAYED** through and including July 14, 2008; and it is

**FURTHER ORDERED** that, no later than July 14, 2008, the parties shall file a Joint Status Report advising the Court on the status of this matter and whether issues remain for the Court's resolution.

**SO ORDERED**.

Dated: _____          _____
                                        JOHN D. BATES
                                        United States District Judge