IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 07-2055 (JDB) |
| U.S. DEPARTMENT OF EDUCATION, ) ) | |
| Defendant. ) ) | |

**JOINT STATUS REPORT**

Plaintiff, Citizens for Responsibility and Ethics in Washington, and Defendant, the United States Department of Education, by undersigned counsel, hereby respond to the Court's order of June 9, 2008, directing to them to file, no later than July 14, 2008, a joint status report regarding the status of this matter, and state as follows:

1. In this action, Plaintiff alleges that Defendant violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, when it determined that the FOIA request submitted by Plaintiff on May 11, 2007, and assigned Request No. 07-00655-F, did not reasonably describe the records sought. Plaintiff also alleges that Defendant violated the FOIA by denying Plaintiff's request for a fee waiver in connection with Request No. 07-00655-F. Finally, Plaintiff alleges that Defendant has violated the FOIA by engaging in a pattern and practice of failing to properly respond to Plaintiff's FOIA requests and requests for fee waivers.

2. The Court previously stayed proceedings in this action to permit the parties to negotiate the scope of Plaintiff's FOIA request. See Order of Feb. 27, 2008. Pursuant to those negotiations,

the parties agreed that Defendant would conduct a search as outlined in paragraphs 3, 4, and 5 of the parties' April 2, 2008, Joint Status Report. See Dkt. #9. The Court further stayed proceedings to permit Defendant to conduct that search and to review the responsive records. See Orders of April 2 and June 9, 2008.

      3. Defendant produced responsive nonexempt records to Plaintiff on June 16, 2008.

      4. The parties have conferred to determine whether issues remain for the Court's resolution. Some issues remain; however, further negotiation, if fruitful, may significantly narrow those issues. Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case for an additional three weeks, through and including August 4, 2008, to allow these negotiations to continue.

      5. The parties propose filing, no later than August 4, 2008, a further Joint Status Report advising the Court on the status of this matter, indicating whether issues remain for the Court's resolution, and proposing a revised briefing schedule to resolve any such issues.

      For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for an additional three weeks, through and including August 4, 2008, and direct the parties to file a further Joint Status Report no later than August 4, 2008. A proposed order is attached.

Date: July 14, 2008

                        Respectfully submitted,

| | |
|---|---|
| ANNE L. WEISMANN<br>D.C. Bar. No. 298190 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| MELANIE SLOAN<br>D.C. Bar No. 434584<br>Citizens for Responsibility<br>   and Ethics in Washington<br>1400 Eye St. NW, Suite 450<br>Washington, DC 20005<br>Telephone: (202) 408-5565<br>Facsimile: (202) 588-5020 | JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch<br><br>/s/ *Eric Beckenhauer*<br>ERIC B. BECKENHAUER |
|  /s/ *Scott Allan Hodes*<br>SCOTT ALLAN HODES<br>D.C. Bar No. 430375<br>P.O. Box 42002<br>Washington, DC 20015<br>Telephone: (301) 404-0502<br>Facsimile: (413) 641-2833<br>E-mail: infoprivacylaw@yahoo.com | Cal. Bar No. 237526<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC 20530<br>Telephone: (202) 514-3338<br>Facsimile: (202) 616-8470<br>E-mail: eric.beckenhauer@usdoj.gov |
| *Counsel for Citizens for Responsibility*<br>*and Ethics in Washington* | *Counsel for the U.S. Department of*<br>*Education* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2008, I caused the foregoing document to be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

/s/ *Eric Beckenhauer*
ERIC B. BECKENHAUER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY ) <br> AND ETHICS IN WASHINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF EDUCATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-2055 (JDB) |

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Status Report, it is hereby

**ORDERED** that this action is **STAYED** through and including August 4, 2008; and it is

**FURTHER ORDERED** that, no later than August 4, 2008, the parties shall file a Joint Status Report advising the Court on the status of this matter, indicating whether issues remain for the Court's resolution, and proposing a revised briefing schedule to resolve any such issues.

**SO ORDERED**.

Dated: _____          _____
                                     JOHN D. BATES
                                     United States District Judge