IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** ) ) ) | | |
| Plaintiff, ) | | |
| v. ) | Civil Action No. 07-2055 (JDB) | |
| **U.S. DEPARTMENT OF EDUCATION,** ) ) | | |
| Defendant. ) | | |

## JOINT STATUS REPORT

Plaintiff, Citizens for Responsibility and Ethics in Washington, and Defendant, the United States Department of Education, by undersigned counsel, hereby respond to the Court's order of July 14, 2008, directing to them to file, no later than August 4, 2008, a joint report regarding the status of this case, and state as follows:

1. In this action, Plaintiff alleges that Defendant violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, when it determined that the FOIA request submitted by Plaintiff on May 11, 2007, and assigned Request No. 07-00655-F, did not reasonably describe the records sought. Plaintiff also alleges that Defendant violated the FOIA by denying Plaintiff's request for a fee waiver in connection with Request No. 07-00655-F. Finally, Plaintiff alleges that Defendant has violated the FOIA by engaging in a pattern and practice of failing to properly respond to Plaintiff's FOIA requests and requests for fee waivers.

2. The Court previously stayed proceedings in this action to permit the parties to negotiate the scope of Plaintiff's FOIA request. See Order of Feb. 27, 2008. Pursuant to those negotiations,

the parties agreed that Defendant would conduct a search as outlined in paragraphs 3, 4, and 5 of the parties' April 2, 2008, Joint Status Report. See Dkt. #9. The Court further stayed proceedings to permit Defendant to conduct that search and to review the responsive records. See Orders of April 2 and June 9, 2008. After Defendant produced responsive, nonexempt records to Plaintiff on June 16, 2008, the Court again stayed proceedings to allow the parties to attempt to narrow the issues remaining for the Court's resolution. See Order of July 14, 2008.

    4. The parties have narrowed the issues that remain for the Court's resolution as follows:

        a. Claim 1 (Failure to Produce Records). Plaintiff challenges Defendant's redaction of certain records as nonresponsive or as exempt from disclosure pursuant to 5 U.S.C. § 552(b)(5), but otherwise does not dispute that Defendant has met its FOIA obligations with respect to Request No. 07-00655-F.

        b. Claim 2 (Improper Denial of Fee Waiver). The parties agree that Claim 2 is moot.

        c. Claim 3 (Pattern and Practice). This claim remains pending.

    5. To facilitate the Court's resolution of these issues, the parties propose the following briefing schedule:

| | |
|---|---|
| September 10, 2008 | Defendant's dispositive motion due |
| October 10, 2008 | Plaintiff's opposition due |
| October 31, 2008 | Defendant's reply due |

Accordingly, the parties respectfully request that the Court enter a scheduling order that incorporates these deadlines. A proposed order is attached.

Date: August 4, 2008

Respectfully submitted,

| | |
|---|---|
| ANNE L. WEISMANN<br>D.C. Bar. No. 298190 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| MELANIE SLOAN<br>D.C. Bar No. 434584<br>Citizens for Responsibility<br>   and Ethics in Washington<br>1400 Eye St. NW, Suite 450<br>Washington, DC 20005<br>Telephone: (202) 408-5565<br>Facsimile: (202) 588-5020 | JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch |
|  /s/ *Scott Allan Hodes*<br>SCOTT ALLAN HODES<br>D.C. Bar No. 430375<br>P.O. Box 42002<br>Washington, DC 20015<br>Telephone: (301) 404-0502<br>Facsimile: (413) 641-2833<br>E-mail: infoprivacylaw@yahoo.com | /s/ *Eric Beckenhauer*<br>ERIC B. BECKENHAUER<br>Cal. Bar No. 237526<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC 20530<br>Telephone: (202) 514-3338<br>Facsimile: (202) 616-8470<br>E-mail: eric.beckenhauer@usdoj.gov |
| *Counsel for Citizens for Responsibility and Ethics in Washington* | *Counsel for the U.S. Department of Education* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August 2008, I caused the foregoing document to be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

/s/ *Eric Beckenhauer*
ERIC B. BECKENHAUER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 07-2055 (JDB) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Status Report, it is hereby

**ORDERED** that the parties shall adhere to the following briefing schedule:

Defendant's dispositive motion is due no later than September 10, 2008;

Plaintiff's opposition is due no later than October 10, 2008; and

Defendant's reply is due no later than October 31, 2008.

**SO ORDERED**.

Dated: _____          _____
                                                                                    JOHN D. BATES
                                                                                    United States District Judge